IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SQUARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-549 (AJT/JFA) |
| ) | |
| SUAREUP.COM ) | |
| An Internet Domain Name, *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

This matter is before the Court on the Report and Recommendation [Doc. No. 19] of the Magistrate Judge recommending that default judgment be entered in favor of the plaintiff and against the defendants. No objections to the Report and Recommendation have been filed. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED that the plaintiff's motion for default judgment [Doc. No. 14] be, and the same hereby is GRANTED and that default judgment be, and the same hereby is, entered against the defendants and in favor of the plaintiff; and it is further

ORDERED that the registry VeriSign change the registrar of record for the 54 defendant domain names from the current registrar, Nanjing Imperiosus Technology Co. Ltd., to Melbourne IT Digital Brand Services; and it is further

ORDERED that Melbourne IT Digital Brand Services take all necessary steps to register the 54 defendant domain names in the name of the plaintiff, Square, Inc.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and to send

a copy of this Order to all counsel of record and to the 54 defendant domain names at:

    Qian Jin, Guojiashan 29-82-4
    Nanjing, Jiangsu 210037 China

                                        Anthony J. Trenga
                                        United States District Judge

Alexandria, Virginia
August 9, 2013