**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Square, Inc. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:13cv549 (AJT/JFA |
| | ) |
| | ) |
| <suareup.com>, et al. | ) |
| | ) |
|     Defendant. | ) |

**<u>DEFAULT JUDGMENT</u>**

Pursuant to the order of this Court entered on 8/9/2013 and in accordance with Federal Rules of Civil Procedure 55 and 58, DEFAULT JUDGMENT is hereby entered in favor of the Square, Inc. and against the <suareup.com>, <squreup.com>, < www.squareup.com>, <qsuareup.com>, <squarepu.com>, <squaruep.com>, <sqiareup.com>, <quareup.com>, <squaerup.com>, <swuareup.com>, <squateup.com>, <squareip.com>, <squarreup.com>, <squuareup.com>, <sqyareup.com>, <squaeeup.com>, <sqquareup.com>, <squareuup.com>, <ssquareup.com>, <squsreup.com>, <squareyp.com>, <aquareup.com>, <squareupp.com>, <squaareup.com>, <squarwup.com>,<squarrup.com>, <squareeup.com>, <xquareup.com>, <zquareup.com>, <equareup.com>, <sqjareup.com>, <sqhareup.com>, <squarejp.com>, <squarehp.com>, <squareul.com>, <sqjuareup.com>, <squjareup.com>, <squhareup.com>, <sqhuareup.com>, <squzareup.com>, <squazreup.com>, <squaqreup.com>, <squqareup.com>, <squafreup.com>, <squarfeup.com>, <squardeup.com>, <squarseup.com>, <squareujp.com>,

\<squareuhp.com\>, \<squareulp.com\>, \<squareupl.com\>, \<sxquareup.com\>, \<xsquareup.com\>,

and \<squarejup.com\>

                                        FERNANDO GALINDO, CLERK OF COURT

                                        By:              /s/
                                                  Richard Banke
                                                  Deputy Clerk

Dated: 8/9/2013
Alexandria, Virginia